AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ⏷

| | |
|---|---|
| Papadatos | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   2:21-cv-03208-WFK-JMW |
| Home Depot U.S.A., Inc. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Michael Papadatos                                                                              .

Date:     09/08/2021

_____
*Attorney's signature*

Johnson Atkinson
*Printed name and bar number*

Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
*Address*

jatkinson@elefterakislaw.com
*E-mail address*

(212) 532-1116
*Telephone number*

(212) 532-1176
*FAX number*