

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS♦
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN B. KAHN

JOHNSON ATKINSON
DAVID BONILLA
AIKA DANAYEVA
EILEEN KAPLAN
ALBERT K. KIM*
ANDREW LEVINSON
MARK NEWMAN
AGGELIKI E. NIKOLAIDIS
JOSEPH PERRY
KRISTEN PERRY – CONIGLIARO
MARIE LOUISE PRIOLO*
KEYONTE SUTHERLAND
JOJU THOMAS
FEJIR UGURLU
BRIAN VANNELLA*
WAYNE WATTLEY

Of Counsel:
BENJAMIN PINCZEWSKI
DEVON REIFF

*Also Admitted In New Jersey
♦ Also Admitted in Florida

September 8, 2021

Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

        **Re: Michael Papadatos v. Home Depot U.S.A, Inc. and Home Depot**
        **Docket No: 2:21-CV-03208**

Dear Honorable Judge Wicks:

    Our office represents plaintiff, Michael Papadatos in the above-captioned civil action. We apologize for our failure to appear for the September 1, 2021 Initial Conference. Unfortunately, there was some confusion in our office surrounding the removal of this action from state court to the Eastern District of New York, and as a result the September 1, 2021 Initial Conference was miscalendared. We have addressed the confusion and have properly calendared the deadlines set down in the Court's Scheduling Order.

    Once again, we offer our sincere apologies to the Court and opposing counsel for this error.

                                      Very truly yours,
                                      ELEFTERAKIS, ELEFTERAKIS & PANEK

                                      Brian J. Vannella (BV7046)

cc: Lewis Brisbois Bisgaard & Smith